THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Counsel for Erica Steffens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>         Plaintiff,  <br><br>     vs.  <br><br>DANIEL PARLIN, et al.,  <br><br>         Defendant. | CASE NO: 2:14-cr-00299-JCM-CWH  <br><br>**ORDER FOR TEMPORARY RELEASE OF DEFENANT ERICA STEFFENS** |

IT IS HEREBY ORDERED that Defendant Erica Steffens be released from custody in this matter on October 22, 2015, for a period of two (2) weeks.

IT IS FURTHER ORDERED that Defendant Erica Steffens shall turn herself back into U.S. Marshal's custody in this matter on November 5, 2015.

DATED AND DONE this <u>22nd</u> day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE