**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DANIEL PARLIN, et al.,<br><br>Defendant(s). | Case No. 2:14-CR-299 JCM (CWH)<br><br>ORDER |

Presently before the court is the government's motion for an issuance of an arrest warrant for defendant Erica Steffens. (Doc. #121).

On October 22, 2015, this court entered an order releasing defendant from custody for a period of two weeks so that she could visit her dying father. (Doc. #119). Defendant was to self-surrender on November 5, 2015. *Id.* Defendant has failed to return and remains at large. The government contacted defense counsel; defense counsel has indicated that it takes no position on this motion. (Doc. #121).

Good causing appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion for an issuance of an arrest warrant for defendant Erica Steffens (doc. # 121) be, and the same hereby, is GRANTED.

The clerk of the court shall issue an arrest warrant for defendant Erica Steffens.

DATED December 4, 2015.

_____
UNITED STATES DISTRICT JUDGE