1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA
7                              * * *
8
9
10   UNITED STATES OF AMERICA,                Case No. 2:14-CR-299 JCM (CWH)
11                          Plaintiff(s),                    ORDER
12        v.
13   DANIEL PARLIN, et al.,
14                          Defendant(s).
15

16        Presently before the court is *United States v. Erica Steffens* case no. 2:14-cr-00299-JCM-
17   CWH. On January 13, 2016, the court granted the parties stipulation to continue sentencing to
18   March 23, 2016. (Doc. #129). The parties requested the continuance, in part, so that the probation
19   office could have additional time to interview the defendant and prepare a more accurate and
20   complete presentence investigation report ("PSR"). The court will allow probation to amend and
21   update the PSR to reflect the information gathered during defendant's interview.
22        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the probation office may
23   update and amend Erica Steffen's PSR to accurately reflect any information gathered during her
24   interview.
25        DATED January 14, 2016.
26
27                                          _____
                                            UNITED STATES DISTRICT JUDGE
28

James C. Mahan
U.S. District Judge